

**MEMO ENDORSED**

Boston  Brussels  Chicago  Dallas  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami
Milan  Munich  New York  Orange County  Paris  San Francisco  Seoul  Silicon Valley  Washington, DC

Strategic alliance with MWE China Law Offices (Shanghai)

Andrew Kratenstein
Attorney at Law
akratenstein@mwe.com
+1 212 547 5695

December 24, 2018

VIA ECF AND E-MAIL

Hon. Katherine Polk Failla
United States District Judge
United States District Court
  for the Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007

Re:   *HDA v. Zucker et al.*, 18-cv-06168

Dear Judge Failla:

We write on behalf of all parties in the above-referenced action pursuant to FRCP 54(d)(2) and Local Rule 54.1 for an extension of time for Plaintiff's counsel to file its motion for attorney's fees, related nontaxable expenses, and taxable expenses.

Judgment was entered in Plaintiff's favor in this matter on December 19, 2018, and an amended judgment was entered on December 21, 2018 (the "Amended Judgment"). Pursuant to Local Rule 54.1, the deadline for Plaintiff to submit a motion for attorney's fees and related nontaxable expenses is January 2, 2019, and the deadline for Plaintiff to seek taxable costs is January 18, 2019.

For reasons of judicial economy, the parties jointly request that the deadline for Plaintiff to file a motion for attorney's fees and related nontaxable expenses and to seek taxable costs be extended to the later of either twenty-one days following the last day to appeal from the Amended Judgment in this action, or if any appeal is taken, to twenty-one days following the termination of the appeal (defined as dismissal of the appeal or issuance of the Second Circuit's mandate).

Respectfully submitted,

By:   */s/ Johnathan Farber*
     Seth Jonathan Farber
     James M. Hershler
     NYS Office of the Attorney General

By:   */s/ Andrew Kratenstein*
     Andrew B. Kratenstein
     M. Elias Berman
     MCDERMOTT WILL & EMERY LLP

December 24, 2018
Page 2

<div style="display: flex;">
<div>

28 Liberty Street
New York, NY 10005
(212) 416-8029
Fax: (212) 416-6009
seth.farber@ag.ny.gov
James.Hershler@ag.ny.gov

*Counsel for Defendants*

</div>
<div>

340 Madison Avenue
New York, NY 10173
(212) 547-5400
Fax: (212) 547-5444
akratenstein@mwe.com
eberman@mwe.com

M. Miller Baker (*pro hac vice*)
Eric Hageman (*pro hac vice*)
MCDERMOTT WILL & EMERY LLP
500 North Capitol Street NW
Washington, DC 20001
(202) 756-8000
Fax: (202) 756-8087
mbaker@mwe.com
ehageman@mwe.com

*Counsel for Healthcare Distribution Alliance*

</div>
</div>

```
Application GRANTED.              SO ORDERED.

Dated:    December 26, 2018
          New York, New York
```

*[Signature: Katherine Polk Failla]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE